# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TONY BURFORD**, | : | |
| | : | Case No. 19-cv-0577-JMY |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| **DELAWARE COUNTY,** | : | |
| **PENNSYLVANIA, ET AL.**, | : | |
| | : | |
| *Defendant* | : | |

## ORDER

**AND NOW**, this 20th day of December, 2019, upon consideration of Defendants' Motion to Dismiss (ECF No. 20), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendants' Motion is **GRANTED** in part and **DENIED** in part as follows:

The Motion is **GRANTED** as to the following claims, which are **DISMISSED WITH PREJUDICE**:

(1) Plaintiff's substantive due process claim asserted against all Defendants (Count II);

(2) Plaintiff's claim for conversion against Defendant Delaware County (Count VI);

(3) Plaintiff's Fifth, Eighth, and Fourteenth Amendment claims (Counts I, III-IV) asserted against Defendants Angela L. Martinez, Patricia Oreskovich, and Philip F. Pisani in their individual capacities; and

(3) all claims asserted against Defendants Angela L. Martinez, Patricia Oreskovich, and Philip F. Pisani in their official capacities.

In all other respects, the Motion is **DENIED**.

**IT IS SO ORDERED.**

                                          **BY THE COURT:**

/s/ Judge John Milton Younge
_____
      **Judge John Milton Younge**