IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TONY BURFORD | : | |
|    Plaintiff, | : | No. 19-cv-0577-JMY |
| | : | |
| v. | : | |
| | : | |
| DELAWARE COUNTY | : | |
|  PENNSYLVANIA, ET AL., | : | |
|    Defendant. | : | |

## ORDER SCHEDULING TRIAL

**AND NOW**, this 15th day of March, 2022, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 62), and all documents submitted in support thereof and in opposition thereto, for the reasons set forth in the accompanying opinion of the Court, it is **ORDERED** as follows:

1. The Motion is **GRANTED** in favor of Defendants, and against Plaintiff, on the following claims:

    a. Count I

    b. Count III

    c. Count IV

    d. Count V

2. The Court declines to exercise supplemental jurisdiction over Plaintiff's remaining state-law claim for conversion in Count VI.

3. The Court **DENIES** as moot all other pending motions (ECF Nos. 59, 61, 70).

4. The Clerk of Court is hereby directed to terminate all deadlines and to close this case.

**IT IS SO ORDERED**

**BY THE COURT:**

**/s/ Judge John Milton Younge**
**Judge John Milton Younge**